IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENDEN NEIL NOEL,          )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:24cv665-MHT
                            )            (WO)
ANN DAVIS and KATHY         )
GARRIS; et al.,             )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who was detained at the Chilton County Jail, filed this lawsuit against the jail's warden and assistant warden complaining that they directed a nurse to deny him his prescribed medication for serious medical conditions and about unsanitary and crowed conditions of confinement at the jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and comply with orders to show cause and to provide notice of any

change of address. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of November, 2025.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**